UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 18 AM 11: 52

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. **08 MJ 2542** |
| Plaintiff, | |
| | COMPLAINT FOR VIOLATION OF: |
| v. | |
| | Title 8, U.S.C., Section 1326 |
| **Juan MENDEZ-Sanchez,** | Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **August 17, 2008** within the Southern District of California, defendant, **Juan MENDEZ-Sanchez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **AUGUST, 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Juan MENDEZ-Sanchez

## PROBABLE CAUSE STATEMENT

On August 17, 2008, at about 5:45 A.M., Border Patrol Agent B. Belzer along with his agency canine Bento responded to a citizen's call regarding suspicious activity on Corte Madera in Pine Valley, California. This area is approximately nine miles east of the Tecate Port of Entry and about fifteen miles north from the United States/Mexico international boundary. This is an area commonly traveled by illegal aliens to further their entry into the United States.

Upon arrival to this location, Agent Belzer began searching the area with his agency canine Bento. Agency canine Bento found five individuals attempting to conceal themselves in some brush. Agent Bradley identified himself as a United States Border Patrol Agent in both the English and Spanish languages, and began to question each of the five individuals, including one later identified as defendant **Juan MENDEZ-Sanchez**. Each individual stated that they had been born in Mexico and were citizens and nationals of Mexico. When asked if they possessed any valid United States immigration documents allowing them to enter into or remain within the United States legally, MENDEZ and the other individuals stated that they did not.

At 6:10 A.M. all subjects were arrested and transported to the Campo Border Patrol Station in Pine Valley, California for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 8, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.